05-54M

AHM/REP: Feb. 2005
GJ#__

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE No. 05-54M-MPT |
| | ) |
| TIMOTHY WADE JACKSON and | ) |
| LARRY ALLEN MITCHELL | ) |

### INDICTMENT

COUNT ONE: [21 U.S.C. § 846]

The Grand Jury charges:

That from in or about April, 2000, and continuing thereafter until in or about January, 2005, more exact dates being unknown to the Grand Jury, in Walker County, within the Northern District of Alabama, and elsewhere, the defendants,

TIMOTHY WADE JACKSON and
LARRY ALLEN MITCHELL,

did knowingly and intentionally conspire and agree together with each other and with other persons known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully manufacture, distribute, and possess with the intent to distribute fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

/s/

FOREMAN OF THE GRAND JURY

TRUE COPY:
By: /s/ H. Bagley

ALICE H. MARTIN
United States Attorney

/s/

RUSSELL E. PENFIELD
Assistant United States Attorney

** TOTAL PAGE.03 **