UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  CASE NO.  05·54M |
| vs. | ) |
| | ) |
| | ) |
| TIMOTHY WADE JACKSON | ) |
| Defendant. | ) |

**O R D E R**

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this 18th day of March , 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal
Public Defender for the District of Delaware is hereby appointed
to represent said defendant in the cause until further order of
the Court.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney