Filed in open court 3/18/05 (handwritten)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-54M |
| TIMOTHY WADE JACKSON | ) | |
| Defendant. | ) | |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   _____    Crime of violence (18 U.S.C. § 3156)

   _____    Maximum sentence life imprisonment or death

   __X__    10+ year drug offense

   _____    Felony, with two prior convictions in above categories

   __X__    Serious risk defendant will flee

   _____    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__      Defendant's appearance as required

   _____      Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (<u>will</u>, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   __X__     Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____     Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   _____     At first appearance

   __X__     After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of __ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      _____     (a) on release pending trial for a felony;

   \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   \_\_\_\_ (c) on probation or parole for an offense.

2. _____ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. _____ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

_____

DATED this _18th_ day of _March_, 2005.

         COLM F. CONNOLLY
         United States Attorney

      BY:_____
         Ferris W. Wharton
         Assistant U. S. Attorney