AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _DELAWARE_

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Timothy Wade Jackson

CASE NUMBER: 05-54M

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the __Northern__ District of __Alabama__.

Brief Description of Charge(s):

Conspiracy under 21 USC section 846 via 21 USC Section 841.

    The government moved for detention for the purpose of having defendant transported in custody to the requesting district. Defendant waived his right to an identity hearing and in light of the government's limited motion and the serious nature of the offense, the court temporarily detained defendant for the purpose of transfer to the requesting district. Defendant reserved his right, if a detention motion is filed in the requesting district, to have a full detention hearing, which was granted.

~~The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.~~

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

3/18/05
Date

_[signature]_
Judicial Officer

| RETURN |||
|---|---|---|
| This commitment was received and executed as follows: |||
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |