OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO  
Clerk

LOCKBOX 18  
844 KING STREET  
WILMINGTON, DE 19801  
(302) 573-6170

FILED 2005 MAR 28 PM 1:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

March 24, 2005

United States District Court  
Hugo L. Black U. S. Courthouse  
1729 Fifth Avenue North  
Birmingham, AL 35203

Re: USA v. Jackson  
Case Number: 05-54M MPT  
Charging District Case Number: CR 05-VEH-TMP-042-J

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson  
Deputy Clerk

/eew  
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___3-28-05___.
(date)

Signature: Harriet Bagby

Title: Deputy Clerk